IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JEREMY WALKER** **PLAINTIFF**
ADC # 152965

v. CASE NO. 4:25-cv-01165-BSM

**PULASKI COUNTY JAIL** **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 20th day of January, 2026.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE